# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY 30 2017

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. H-97-907M** |
| | § | |
| **JORGE BECERRIL GONZALES** | § | |
| | § | |
| | § | |
| **Defendant** | § | |

## NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE

COMES NOW the United States of America, by and through Abe Martinez, Acting

United States Attorney for the Southern District of Texas, and files this notice to inform the

Court that the attorney in charge for the above-captioned matter is Sam Brown, IV, Assistant

United States Attorney.   All notices and communications (including those transmitted by the

ECF system) should be directed to the undersigned.

Respectfully submitted,

Abe Martinez
ACTING UNITED STATES ATTORNEY

By:     /s/ Sam Brown, IV
SAM BROWN, IV
Assistant United States Attorney
Attorney in Charge
1000 Louisiana, Suite 2300
Houston, TX 77002
(713) 567-9000 Phone